April 1, 2008

RICHARD W. WIEKING
COURT CLERK
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Case Number: CV-07-04797 MMC (PR)

FILED
08 APR 15 PM 2:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Court Clerk R.W. WIEKING:

Today (4/11/08) I have received "ORDER TO SHOW CAUSE" from Hon. District Judge MAXINE M. CHESNEY.

My E.C.F. number is C 07 4797 MMC (PR). The assigned Judge is U.S. District Judge Hon. MAXINE M. CHESNEY.

As the previous letter that I have written to you to change the address dated 11/22/07 has mentioned that I have been transferred from C.T.F. - Soledad to San Quentin State Prison on 11/21/07. The respondent on the "ORDER" is BEN CURRY, who is the Warden of C.T.F. This is a mistake.

The Warden of San Quentin is Mr. ROBERT L AYERS JR. So the respondents should be JAMES TILTON, Director of C.D.C, and ROBERT L AYERS JR Warden of San Quentin.

So (1) If you have not mailed a copy of order, my petition, and all attachments to C.T.F. - Soledad to BEN CURRY, please type the correct address: San Quentin State Prison and the correct Warden's name: Mr. ROBERT L AYERS JR. as a respondent and mail to San Quentin to Warden Mr. ROBERT L. AYERS JR.

(2) If you have mailed all the documents to C.T.F. - Soledad

(Continued on additional page p. 2)

1.

( To be continued at Page 1 )

to BEN CURRY, please ask C.T.F. Warden BEN CURRY to mail back all the documents mentioned in (1) to you, then you mail them to San Quentin Warden ROBERT L. AYERS JR.。

    Besides that, my room number now is 5N63L。 Please make correction。

    Thank you for your attention and cooperation on this matter。

Very truly yours

*[signature]*

PENG, KUN SHAN

C.D.C. # : H-52106

Room # : 5N63L

2.

PENG, KUN SHAW H-52106 5N63L
San Quentin State Prison
San Quentin, CA 94974

Legal Mail

RICHARD W. WIEKING
COURT CLERK
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483
Tel: (415) 522-2000