1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5865
8    Fax: (415) 703-1234
     Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10           IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

| | |
|---|---|
| **KUN SHAN PENG,** | C 07-4797 MMC (PR) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JAMES TILTON, Director of the California Department of Corrections; BEN CURRY, Warden,** | |
| Respondent. | |

20       Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day

21  extension of time from today's date until September 7, 2008, in which to file a response to the

22  petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying

23  declaration of counsel. We have not attempted to contact petitioner, who is an incarcerated state

24  prisoner representing himself in this case.

25       WHEREFORE, respondent respectfully requests that this Court grant an extension of time

26  to and including September 7, 2008, in which to file the answer or other responsive pleading.

27

28

App. for Ext. of Time to File Response - *Peng v. Tilton* - C 07-4797 MMC (PR)

1

1  Dated: July 9, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5  GERALD A. ENGLER
Senior Assistant Attorney General

6  
7  PEGGY S. RUFFRA
Supervising Deputy Attorney General

8  

9  /s/ Arthur P. Beever
ARTHUR P. BEEVER
10  Deputy Attorney General

Attorneys for Respondent

App. for Ext. of Time to File Response - *Peng v. Tilton* - C 07-4797 MMC (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Kun Shan Peng v. JamesTilton, Director of the California Department of Corrections; Ben Curry, Warden**

No.:   **C 07-4797 MMC (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>July 9, 2008</u>, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Kun Shan Peng
H-52106
San Quentin State Prison
5N63L
San Quentin, CA 94974

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 9, 2008, at San Francisco, California.

|  |  |
|---|---|
| M. Argarin | /s/ M. Argarin |
| Declarant | Signature |

20121294.wpd