1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5865
8    Fax: (415) 703-1234
     Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KUN SHAN PENG,** <br><br> Petitioner, <br><br> v. <br><br> **JAMES TILTON, Director of the California Department of Corrections; BEN CURRY, Warden,** <br><br> Respondent. | C 07-4797 MMC (PR) <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

I, Arthur P. Beever, declare under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus case.

2. On April 10, 2008, this Court issued an Order to Show Cause why the petition for a writ of habeas corpus should not be granted. The California Attorney General's Office in San Francisco docketed the order on April 18, 2008.

3. I am unfamiliar with the case. I have begun attempting to secure a copy of the state court record on direct appeal. However, I am presently unable to begin working on this case because I am preparing the response in *Lowe v. Walker* (C 08-005). In the past 90 days, I filed Answers in

Dec. of Counsel in Support of App. for Ext. of Time to File Response - *Peng v. Tilton* - C 07-4797 MMC (PR)

1

the previously assigned cases of *Thigpen v. Adams* (C 07-4028) and *Johnson v. Kane* (C 07-4417), the Respondent's Brief On The Merits in *People v. Stevens* (California Supreme Court case number S158852), and supplemental briefing requested by the California Court of Appeal in *People v. Ray* (A115103).  I also appeared for oral argument in *People v. Leal* (H030415) and *People v. Ray*.  I have four other previously assigned cases.  Once I have completed those cases, I will devote substantially all of my time to working on this case.

4. I have not attempted to contact petitioner because he is an incarcerated state prisoner who is representing himself in this case.

5. Accordingly, I respectfully request that this Court grant an extension of time to and including September 7, 2008, in which to file a response to the order to show cause.

Dated:  July 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

Attorneys for Respondent