FILED
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KUN SHAN PENG

  Petitioner

v.

JAMES TILTON, Director of C.D.C.

ROBERT L. AYERS JR. Warden of San Quentin State Prison

  Respondent

No. C 07-4797 MMC (PR)

MOTION TO DENY APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO BE GRANTED

I, KUN SHAN PENG, declare under penalty of perjury as follows:

1. I have received "Application For Extension of Time to File Response" from ARTHUR P. BEEVER, who is an Attorney for Respondent, on July 10, 2008.

2. The reasons I request to deny "Application for Extension of Time to File Response" are:

① because it has been submitted "UNTIMELY".

  a. According to "ORDER TO SHOW CAUSE" filed on Apr. 10, 2008 on page 3, CONCLUSION, NO. 2, which reads, "Respondents shall file with the Court and serve on petitioner, within ninety (90) days of the date this order is filed." The date that the order was filed was on Apr. 10, 2008. So

1   ( Continued on additional page p2 )

( To be continued from page 1 )

1. the end of 90 days should be <u>July 8, 2008</u>.
2. b. In CONCLUSION NO. 6, which reads, "...., requests for a reasonable extension of time will be granted as long as they are filed <u>on</u> or <u>before</u> the <u>deadline (July 8, 2008)</u> they seek to extend."
3. c. In other words, "The Application For Extension Of Time To File Response" made by Deputy Attorney General ARTHUR P. BEEVER should be filed <u>on</u> or <u>before</u> the <u>deadline</u> <u>July 8, 2008</u>. Actually, the application was submitted on July 9, 2008. This is the first reason why "The Application For Extension Of Time To File Response" should not be granted.
4. ② because it still used <u>the wrong Respondent's name</u>. On Apr. 11, 2008, the day that I have received "ORDER TO SHOW CAUSE" from the COURT CLERK. On Apr. 12, 2008, I have mailed 2 letters, 1 for RICHARD W. WIEKING, COURT CLERK; 1 for JERRY BROWN (Attorney General) (Attorney General should be EDMUND G. BROWN JR.. It was a mistake.) These 2 letters were of the same contents, to inform that the Respondent in "ORDER TO SHOW CAUSE" was BEN CURRY which was a mistake. I have been transferred to San Quentin State Prison on 11/21/2007. The Respondent should be ROBERT L. AYERS JR., San Quentin State Prison Warden. "The Application For Extension of Time To File Response" still used Ben Curry, who is C.T.F.-Soledad Warden. This is obviously a mistake. If the Attorney for Respondent cannot make sure who is the right Respondent, it would be very ridiculous. This is the second reason why "the Application for Extension to file Response" should not be granted.

2    ( Continued on additional page p.3 )

(To be continued from page 2)

WHEREFORE, " the Application for Extension of Time to file Response must be denied and dismissed。

① Since <u>on or before</u> deadline date (<u>July 8, 2008</u>) " the Application for Extension of Time to file Response" was <u>not</u> submitted ;

② and <u>no response</u> has been submitted before deadline date (<u>July 8, 2008</u>) ,

so I had to be ordered by Hon. Judge MAXINE M. CHESNEY to be released from state prison。

DATED : July 10, 2008

                              Respectfully submitted

                              _[signature]_

                              PENG , KUN SHAN

                              C.D.C. # : H - 52106

                              Room # : 5N06L

PROOF OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013 (A), 2515.5)

I, ___PENG, KUN SHAN___, declare:

I am over 18 years of age and I am party to this action. I am a resident of SAN QUENTIN STATE PRISON, in the County of Marin, State of California. My prison address is:

PENG, KUN SHAN, CDCR #: H-52106
Room #: 5N06L

SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94974

On ___July 11, 2008___, I served the attached:

__MOTION TO DENY APPLICATION FOR EXTENSION OF TIME TO__
__FILE RESPONSE TO BE GRANTED__

on the parties herein by placing true and correct copies thereof, enclosed in a seal envelope (verified by prison staff), with postage thereon fully pain, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

① RICHARD W. WIEKING
COURT CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
U.S. Courthouse
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3483
Tel: (415) 522-2000

② ARTHUR P. BEEVER
Deputy Attorney General
455 GOLDEN GATE AVENUE,
SUITE 11000
SAN FRANCISCO, CA 94102-7004
Tel: (415) 703-5865

I declare under penalty of perjury that the foregoing is true.
Executed on July 11, 2008         _____ PENG, KUN SHAN

PENG, KUN SHAN   H-52106   Room: 5N06L
San Quentin State Prison
San Quentin, CA 94974

Legal Mail

RICHARD W. WIEKING
COURT CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
U.S. Courthouse
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3483
Tel: (415) 522-2000

Legal Mail  7/11/08