1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5865
8   Fax: (415) 703-1234
    Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

| | |
|---|---|
| **KUN SHAN PENG,** | C 07-4797 MMC (PR) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JAMES TILTON, Director of the California Department of Corrections; BEN CURRY, Warden,** | |
| Respondent. | |

20     Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time until November 6, 2008, in which to file a response to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. We have not attempted to contact petitioner, who is an incarcerated state prisoner representing himself in this case.

25     WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including November 6, 2008, in which to file the answer or other responsive pleading.

1  Dated:  September 8, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5  GERALD A. ENGLER
Senior Assistant Attorney General

6  PEGGY S. RUFFRA
Supervising Deputy Attorney General

7

8

9  /s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

10

11  Attorneys for Respondent

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Kun Shan Peng v. JamesTilton, Director of the California Department of Corrections; Ben Curry, Warden**

No.:   **C 07-4797 MMC (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>September 8, 2008</u>, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Kun Shan Peng
H-52106
San Quentin State Prison
5N63L
San Quentin, CA 94974

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 8, 2008, at San Francisco, California.

| M. Argarin | /s/ M. Argarin |
|---|---|
| Declarant | Signature |

20140992.wpd