1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5865
8   Fax: (415) 703-1234
    Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

**KUN SHAN PENG,**                              C 07-4797 MMC (PR)

14
                                     Petitioner,
15                                              **DECLARATION OF COUNSEL IN**
                                                **SUPPORT OF APPLICATION FOR**
     v.                                         **EXTENSION OF TIME TO FILE**
16                                              **RESPONSE**

**JAMES TILTON, Director of the California**
17 **Department of Corrections; BEN CURRY,**
   **Warden,**
18
                                    Respondent.
19

20       I, Arthur P. Beever, declare under penalty of perjury as follows:

21       1.  I am a Deputy Attorney General for the State of California and am assigned to

22  represent respondent in this habeas corpus case.

23       2.  On April 10, 2008, this Court issued an Order to Show Cause why the petition for a

24  writ of habeas corpus should not be granted.  The California Attorney General's Office in San

25  Francisco docketed the order on April 18, 2008.  I have received one prior extension of time for a

26  total of 60 days.

27       3.  I have reviewed the petition and obtained copies of portions of the state court record.

28  However, I am presently unable to begin working on this case because I am preparing the response

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 07-4797 MMC (PR)
                                        1

in *Smith v. Runnels* (C 05-3822). In the past 60 days, I filed Answers in the previously assigned cases of *Lowe v. Walker* (C 08-005), *Nawabi v. Hartely* (C 08-1258), and *Washington v. Adams* (C 06-4802). After I complete the Answer in *Smith v. Runnels*, I must prepare the respondent's brief in *Gaines v. Scribner* (9th Cir. No. 07-17279). After I have completed those cases, will devote substantially all of my time to working on this case.

4. I have not attempted to contact petitioner because he is an incarcerated state prisoner who is representing himself in this case.

5. Accordingly, I respectfully request that this Court grant an extension of time to and including November 6, 2008, in which to file a response to the order to show cause.

Dated: September 8, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

Attorneys for Respondent

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 07-4797 MMC (PR)
2