IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KUN SHAN PENG,** | C 07-4797 MMC (PR) |
| Petitioner, | **ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JAMES TILTON, Director of the California Department of Corrections; BEN CURRY, Warden** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including November 6, 2008, to file a response to the petition for writ of habeas corpus.

DATED: _____

MAXINE M. CHESNEY
United States District Judge