IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KUN SHAN PENG,** | C 07-4797 MMC (PR) |
| Petitioner, | **ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JAMES TILTON, Director of the California Department of Corrections; BEN CURRY, Warden** | **(Docket No. 10)** |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including **November 6, 2008,** to file a response to the petition for a writ of habeas corpus.  Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto.  If respondent files a motion to dismiss, respondent shall file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

DATED: September 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge