IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUN SHAN PENG, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JAMES TILTON, Director of the ) <br> California Department of ) <br> Corrections; BEN CURRY, Warden ) <br> ) <br> Respondents. ) <br> _____ ) | No. C 07-4797 MMC (PR) <br><br> **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME** <br><br> **(Docket No. 20)** |

Good cause appearing, respondent's motion for an extension of time to file an answer to the petition is hereby GRANTED.  Respondent shall file his answer to the petition no later than **September 26, 2009**.  Within **thirty** days of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

This order terminates Docket No. 20.

IT IS SO ORDERED.

DATED: July 31, 2009

_____
MAXINE M. CHESNEY
United States District Judge