IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KUN SHAN PENG,

        Petitioner,

  v.

JAMES TILTON, Director of the California Department of Corrections; BEN CURRY, Warden,

        Respondents.
_____/

No. CV-07-4797 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** respondent's motion to dismiss the petition as untimely is hereby GRANTED.

Dated: August 3, 2010

                                        Richard W. Wieking, Clerk

                                        By: Tracy Lucero
                                        Deputy Clerk